**No. 11-6071. Stephen Gerard Brandon, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 983, 132 S. Ct. 509, 181 L. Ed. 2d 359, 2011 U.S. LEXIS 7789.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-6072. Ronald Brown, Petitioner v. McDonalds USA, LLC, et al.**

565 U.S. 983, 132 S. Ct. 509, 181 L. Ed. 2d 359, 2011 U.S. LEXIS 7831.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 430 Fed. Appx. 700.

**No. 11-6074. Malachi Antonio Byrd, Petitioner v. Virginia.**

565 U.S. 983, 132 S. Ct. 509, 181 L. Ed. 2d 359, 2011 U.S. LEXIS 7795.

October 31, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 11-6077. Randy Morris, Petitioner v. Cindi Curtin, Warden.**

565 U.S. 983, 132 S. Ct. 509, 181 L. Ed. 2d 359, 2011 U.S. LEXIS 7876.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-6078. Lena Michelle Miniard, Petitioner v. Supreme Court of Ohio, et al.**

565 U.S. 984, 132 S. Ct. 509, 181 L. Ed. 2d 359, 2011 U.S. LEXIS 7744.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-6081. Manuel Chapa, Petitioner v. Lynn Cooper, Warden.**

565 U.S. 984, 132 S. Ct. 510, 181 L. Ed. 2d 359, 2011 U.S. LEXIS 7713.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-6084. William E. Singleton, Petitioner v. William R. Byars, Jr., Director, South Carolina Department of Corrections, et al.**

565 U.S. 984, 132 S. Ct. 510, 181 L. Ed. 2d 359, 2011 U.S. LEXIS 7877.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 447 Fed. Appx. 431.

**No. 11-6086. Burlin C. Webb, Petitioner v. Patricia S. Oney, Judge, Court of Common Pleas of Ohio, Butler County, et al.**

565 U.S. 984, 132 S. Ct. 510, 181 L. Ed. 2d 359, 2011 U.S. LEXIS 7884.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.